**FILE COPY**

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX: 713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

Thursday, April 02, 2015

Charles Blakely
TDCJ #01938923
Cotulla Unit
610 FM 624
Cotulla, TX 78014

Juan Jose Aguirre
Law Office of Juan J. Aguirre
1919 North Loop W, Suite 310
Houston, TX 77008-3735
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-15-00069-CR, 01-15-00070-CR, 01-15-00071-CR, 01-15-00072-CR

**Trial Court Case Number:** 1394420, 1409461, 1409462, 1410435

**Style:** Charles Trevaughn Tigg Blakey v. The State of Texas

This is to acknowledge your communication received March 31, 2015, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1. Has been filed but has not yet been decided.

2. Our records indicate your appointed attorney is: <u>Juan Aguirre</u>.

3. Our records indicate that the appellant's brief was due <u>February 26, 2015</u>.

4. Appellant's counsel shall represent the appellant until "appeals are exhausted, or the attorney is relieved of his duties by the court." TEX. CODE CRIM. P. art. 26.04(j)(2). Our mandate has not issued. Accordingly, appellant is still represented by court appointed counsel on appeal. Appellant is not entitled to "hybrid representation." *See, e.g., Robinson v. State,* 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Pro se motions/correspondence filed by appellant will be forwarded to the attorney of record. Appellant's counsel is ordered, to the extent he may not have already done so, to satisfy his certification obligation pursuant to TEX. R. APP. P. 48.4.

Very truly yours,

Christopher A. Prine
Clerk of the Court

cc: Alan Curry (DELIVERED VIA E-MAIL)